UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                              Case No.: 12-29962-LMI

MIRIAM ENRIQUETA VILLENA                    Chapter 13

_____ /

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 11th day of February 2013, I electronically filed MELROSE HOMES II AT MONARCH LAKES HOMEOWNER'S ASSOCIATION'S OBJECTION TO DEBTOR'S EMERGENCY MOTION TO SHORTEN THE PREJUDICE PERIOD [D.E. 33] with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

**MARSHALL GRANT, P.L.**
Counsel for the Association
197 South Federal Highway, Suite 300
Boca Raton, Florida  33432
Telephone No. 561.672.7580
Facsimile No. 561.672.7581
Email:  lpecan@marshallgrant.com


By:   /s/  Lawrence E. Pecan
        Lawrence E. Pecan
        Florida Bar No. 99086

## SERVICE LIST

## SERVED VIA CM/ECF NOTICE

John C. Brock on behalf of Creditor Wells Fargo Bank, National Association
bkfl@albertellilaw.com

Owen G Hare on behalf of Creditor Citibank, N.A., As Trustee For The Certificateholders Of The Sami II Inc., Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2006-4
ohare@closingsource.net,
ohare@closingsource.net;gwise@closingsource.net;mpeery@closingsource.net;jjoshua@closingsource.net;nzczubelek@closingsource.net;mrobel@closingsource.net;rtitone@closingsource.net;twatson@closingsource.net

Nicole M Mariani on behalf of Creditor Wells Fargo Home Equity Group
bankruptcynotices@kasslaw.com

Diego Mendez on behalf of Debtor Miriam Villena
info@mendezlawoffices.com,
ana.solano@mbdlawgroup.com;nain.nayor@mbdlawgroup.com

Nancy K. Neidich
e2c8f01@ch13herkert.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Lawrence E Pecan on behalf of Creditor MELROSE HOMES II AT MONARCH LAKES HOMEOWNERS ASSOCIATION, INC.
lpecan@marshallgrant.com, efile@marshallgrant.com