UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                  Case No.: 12-29962-LMI

MIRIAM ENRIQUETA VILLENA                           Chapter 13

_____ /

NOTICE OF LATE FILING OF PAPER
PURSUANT TO LOCAL RULE 5005-1(F)(2)

MELROSE HOMES II AT MONARCH LAKES HOMEOWNERS ASSOCIATION, INC ("Movant") files this Notice of Late Filing of Paper Pursuant to Local Rule 5005-1(F)(2) and states as follows:

1. The Objection to the Debtor's Emergency Motion to Shorten Prejudice Period [D.E. 33] was filed for consideration at the hearing scheduled on February 12, 2013, at at 9:30 a.m. to consider the Debtor's Emergency Motion to Shorten Prejudice Period [D.E 30].

2. Movant has been unable to comply with the requirement of Local Rule 5005-1(F)(1) for timely submission of papers in matters already set for hearing due because the Motion was filed on an emergency basis and the Movant did not receive notice of the hearing until after the deadline to timely file papers pursuant to LR 5005-1(F)(1) had already passed.

Movant respectfully requests that the Court consider the Objection at the above scheduled hearing.

Respectfully submitted,

**MARSHALL GRANT, P.L.**
Counsel for the Association
197 South Federal Highway, Suite 300
Boca Raton, Florida  33432
Telephone No. 561.672.7580
Facsimile No. 561.672.7581
Email:  lpecan@marshallgrant.com

By:   /s/  Lawrence E. Pecan
       Lawrence E. Pecan
       Florida Bar No. 99086

I CERTIFY that a true copy of this notice was served this day on all parties noticed for the hearing for which the document was filed in the following manner.

## SERVICE LIST

### SERVED VIA CM/ECF NOTICE

John C. Brock on behalf of Creditor Wells Fargo Bank, National Association
bkfl@albertellilaw.com

Owen G Hare on behalf of Creditor Citibank, N.A., As Trustee For The Certificateholders Of The Sami II Inc., Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2006-4
ohare@closingsource.net,
ohare@closingsource.net;gwise@closingsource.net;mpeery@closingsource.net;jjoshua@closingsource.net;nzczubelek@closingsource.net;mrobel@closingsource.net;rtitone@closingsource.net;twatson@closingsource.net

Nicole M Mariani on behalf of Creditor Wells Fargo Home Equity Group
bankruptcynotices@kasslaw.com

Diego Mendez on behalf of Debtor Miriam Villena
info@mendezlawoffices.com,
ana.solano@mbdlawgroup.com;nain.nayor@mbdlawgroup.com

Nancy K. Neidich
e2c8f01@ch13herkert.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Lawrence E Pecan on behalf of Creditor MELROSE HOMES II AT MONARCH LAKES HOMEOWNERS ASSOCIATION, INC.
lpecan@marshallgrant.com, efile@marshallgrant.com